

Peter T. Shapiro<br>
77 Water Street, Suite 2100<br>
New York, New York 10005<br>
Peter.Shapiro@lewisbrisbois.com<br>
Direct: 212.232.1322

December 13, 2021

**MEMO ENDORSED**

**VIA ECF**
Hon. Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *Coombs v. Agilant Solutions, Inc. et al.*
          1:20-cv-09280-KPF

Dear Judge Failla:

    We represent Defendants in the above-referenced matter. We write jointly with Plaintiff's counsel to update the Court that the parties have reached a settlement in principle. The parties are now negotiating the terms and conditions of a settlement agreement. As such, we request that the Court adjourn the December 16 deadline to submit a joint status letter and the pretrial conference scheduled for December 21, 2021 *sine die*.

    We thank the Court for its time and attention to this matter.

                              Respectfully,

                              /s/ Peter T. Shapiro

                              Peter T. Shapiro of
                              LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Counsel for plaintiff (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA

Application GRANTED.  The December 16, 2021 deadline to submit a joint status letter and the December 21, 2021 pre-trial conference in this matter are hereby ADJOURNED *sine die*.

The Clerk of Court is directed to terminate the pending motion at docket number 29.

Dated:    December 13, 2021          SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE